Pickens K. MOYD, M.D., Respondent v. Mordecai C. JOHNSON
and Frank E. Cain, Jr., Appellants.

(347 S. E. (2d) 97)

Supreme Court

June 6, 1986.

## ORDER

This is an appeal of a circuit court order which overruled a motion to dismiss the complaint under Rule 12(b)(6), SCRCP, for failure to state a cause of action. Respondent moves to dismiss the appeal.

We hold that the denial of a Rule 12(b)(6) motion is not directly appealable under S. C. Code Ann. § 14-3-330 (1976). Therefore, the appeal is dismissed without prejudice.

It is so ordered.